James S. Jardine (1647)
Mark W. Pugsley (8253)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7542
Email: jjardine@rqn.com
       mpugsley@rqn.com

*Attorneys for PricewaterhouseCoopers, LLP*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE, | NOTICE OF APPEARANCE |
| Plaintiffs, | |
| v. | |
| STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive, | Civil No. 2:15-CV-00119-CW-EJF

Judge Clark Waddoups |
| Defendants. | |

Please take notice that James S. Jardine of the law firm of Ray Quinney & Nebeker P.C. hereby enters his appearance in this case on behalf of Defendant PricewaterhouseCoopers, LLP.

DATED this 3rd day of March, 2015.

RAY QUINNEY & NEBEKER P.C.

*/s/ James S. Jardine*
James S. Jardine
Mark W. Pugsley
*Attorneys for PricewaterhouseCoopers, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** using the Court's CM/ECF system, which automatically sent email notification to registered CM/ECF users:

> John N. Zarian
> PARSONS BEHLE & LATIMER
> 800 West Main Street, Suite 1300
> Boise, ID  83702
> jzarian@parsonsbehle.com
>
> Alissa M. Mellem
> Brandon J. Mark
> Joseph M. Stultz
> PARSONS BEHLE & LATIMER
> 201 South Main Street, Suite 1800
> P.O. Box 45898
> Salt Lake City, UT  84145-0898
> ecf@parsonsbehle.com
>
> Eric G. Maxfield
> HOLLAND & HART
> 222 South Main Street, Suite 2200
> Salt Lake City, UT  84101
> egmaxfield@hollandhart.com

/s/ Jeanette Evans

1319559