Brandon J. Mark (10439)
Alissa M. Mellem (13299)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email:  bmark@parsonsbehle.com
            amellem@parsonsbehle.com

*Attorneys for Relators*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>　　Plaintiffs,<br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; *et al.*,<br><br>　　Defendants. | **RELATORS' NOTICE OF COMPLIANCE WITH MEMORANDUM DECISION AND ORDER (ECF 468)**<br><br>Case No. 2:15-CV-00119-JNP-EJF<br><br>Judge Jill Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to this Court's Memorandum Decision and Order of January 14, 2019 (ECF 468), Relators are not permitted to participate in the matters raised by the Court's Order and Notice of Hearing of February 12, 2019 (ECF 469, 470). Accordingly, Relators take no position on those matters.

DATED this 22nd day of February 2019.

/s/ Brandon J. Mark
BRANDON J. MARK
ALISSA M. MELLEM
PARSONS BEHLE & LATIMER
*Attorneys for Relators*

## CERTIFICATE OF SERVICE

 I hereby certify on this 22nd day of February 2019 that a true and correct copy of the foregoing **RELATORS' NOTICE OF COMPLIANCE** was served via the court's CM/ECF electronic filing system to all counsel of record, including the following:

- **John W. Black**
  john.w.black@usdoj.gov

- **Steven M. Gombos**
  sgombos@ritzert-leyton.com

- **Jay D. Majors**
  jay.majors@usdoj.gov

- **Gerald M. Ritzert**
  gritzert@ritzert-leyton.com

- **Alan L. Sullivan**
  asullivan@swlaw.com, phaslam@swlaw.com, lpump@swlaw.com, amcdonald@swlaw.com, DOCKET_SLC@swlaw.com

           /s/ Brandon Mark

4820-8661-9529v2