IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 2:15-CV-00119-JNP-EJF<br><br>**AMENDED SCHEDULING ORDER**<br><br>Judge Jill Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to Fed. R. Civ. P. 16(b), the following schedule replaces the schedule set forth in the previous operative Scheduling Order (Dkt. 311). The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6. Unless modified herein, all matters addressed in the previous operative Scheduling Order remain unchanged.

**1.     DISCOVERY LIMITATIONS**

| | | |
|---|---|---|
| (a) | Last day for parties to serve written discovery: | 09/12/2019 |
| (b) | Close of fact discovery: | 11/27/2019 |

**2.     AMENDMENT OF PLEADINGS/ADDING PARTIES**

| | | |
|---|---|---|
| (a) | Last Day to File Motion to Amend Pleadings | N/A |
| (b) | Last Day to File Motion to Add Parties | N/A |

### 3. RULE 26(a)(2) REPORTS FROM EXPERTS

(a) Parties bearing burden of proof 12/20/2019

(b) Counter reports 02/14/2020

### 4. OTHER DEADLINES

(a) Last day for Expert discovery 03/20/2020

(b) Deadline for filing dispositive or potentially dispositive motions 04/24/2020

(c) Deadline for filing motions to exclude expert testimony 04/24/2020

Dated: May 28, 2019

BY THE COURT:

Evelyn J. Furse
U.S. Magistrate Judge