IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATIE BROOKS and NANNETTE WRIDE, *Plaintiff*, v. STEVENS-HENAGER COLLEGE, INC., *et al.*, *Defendants*. | **ORDER SUSTAINING OBJECTION AND AMENDING SCHEDULING ORDER** <br><br> Case No. 2:15-cv-119-JNP-EJF <br><br> District Judge Jill N. Parrish |

The parties submitted a stipulated motion to amend the scheduling order due to the Government's representation that it would be difficult to comply with the defendants' discovery requests within the allotted time. The proposed scheduling order extended the time to complete fact discovery as well as the deadlines to complete expert discovery and the dispositive motion deadline. Judge Furse, mindful of the age of the case, granted the motion to amend the scheduling order in part by extending the deadlines, but not to the extent requested in the stipulated motion.

The defendants objected to Judge Furse's amended scheduling order. The defendants' objection contained new information and arguments not found in the original motion to amend the scheduling order. The defendants represent that the amended motion cutoff date will coincide with another complicated jury trial that defense counsel will try in another district. Defense counsel represents that it will be very difficult to brief a dispositive motion and respond to a dispositive motion filed by the Government while conducting a jury trial in another district. Defense counsel represent that they will be able to shoulder the demands of both cases if the originally requested schedule were entered.

The court agrees with Judge Furse that this case is old and needs to proceed in an expeditious manner. But the court notes that the new information provided by the defendants, which was not presented to Judge Furse, is persuasive. The court, therefore, sustains the defendants' objection and enters the following amended scheduling order. The court does not anticipate granting further extensions to the parties.

| | |
|---|---|
| Close of fact discovery: | 2/28/2020 |
| Government's Rule 26(a)(2) expert reports: | 2/18/2020 |
| Defendants' Rule 26(a)(2) counter reports: | 4/14/2020 |
| Last day for expert discovery: | 6/22/2020 |
| Dispositive motion cutoff: | 7/24/2020 |
| Deadline to file motions to exclude expert testimony: | 7/24/2020 |

Signed October 22, 2019

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge