Alan L. Sullivan (3152)
Paul W. Shakespear (14113)
SNELL & WILMER (UT)
15 W. South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Email: asullivan@swlaw.com
        pshakespear@swlaw.com

Steven M. Gombos (*pro hac vice*)
Gerald M. Ritzert (*pro hac vice*)
GOMBOS LEYTON, P.C.
11350 Random Hills Road
Suite 400
Fairfax, VA 22030
Telephone: (703) 934-2660
Email: sgombos@glpclaw.com
        gritzert@glpclaw.com

Attorneys for Defendants Stevens-Henager College, Inc., and Center for Excellence in Higher Education, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. KATIE BROOKS AND NANNETTE WRIDE,<br><br>PLAINTIFFS,<br><br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., A UTAH CORPORATION; AND CENTER FOR EXCELLENCE IN HIGHER EDUCATION<br><br>DEFENDANTS. | STIPULATED CONSENT ORDER<br><br>CASE NO. 2:15-CV-00119-JNP-EHF<br><br>JUDGE JILL N. PARRISH<br><br>MAGISTRATE JUDGE EVELYN J. FURSE |

## STIPULATED CONSENT ORDER

The parties have conferred about the government documents referenced in Exhibit A, which the United States has produced to counsel for Defendants under the protective order entered in this case. Counsel for the United States has agreed that the specified documents may be used in a separate federal case raising the same underlying legal issues. The parties have further agreed as follows:

1

(1) the government documents referenced in Exhibit A will be produced as confidential under the protective order entered in the other case;

(2) counsel for Defendants will produce the documents to opposing counsel in the other case; and

(3) the documents may be used in depositions of current and former Department of Education employees in the other case.

In addition, the parties have agreed that counsel for Defendants will notify the counsel for the United States which documents will be used during the trial of that other case.

Exhibit A comprises the parties' initial effort to identify documents. The parties will confer in writing about the use of any additional documents identified following the Court's entry of this Order.

_____ 1/24/20
Jay D. Majors, Trial Attorney
John W. Black, Trial Attorney
Chris R. Reimer, Trial Attorney
U.S. Department of Justice, Civil Division
175 N Street NE
Washington, DC 20002
T: 202.307.0264
E: jay.majors@usdoj.gov
   john.w.black@usdoj.gov
   christopher.r.reimer@usdoj.gov

Attorneys for the United States of America

_____ 1/24/20
Steven M. Gombos
Gerald M. Ritzert
Gombos Leyton, PC
11350 Random Hills Rd., Suite 400
Fairfax, VA 22030
T: 703.934.2660
E: sgombos@glpclaw.com
   gritzert@glpclaw.com

Attorneys for Defendants Stevens-Henager College, Inc., and Center for Excellence in Higher Education

SO ORDERED.

_____                Date:
Magistrate Judge Evelyn J. Furse

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2020, I served the foregoing document via the court's CM/ECF electronic filing system to all counsel of record, including the following:

Jay D. Majors, jay.majors@usdoj.gov
John W. Black, john.w.black@usdoj.gov
U.S. Attorney's Office
U.S. Department of Justice
175 N. Street, N.E.
Washington, DC 20002

*Counsel for Plaintiff United States of America*

/s/ Steven M. Gombos
STEVEN M. GOMBOS

## Exhibit A

1. USSHC_00032214
2. USSHC_00032215
3. USSHC_00020158
4. USSHC_00023404
5. USSHC_00030761
6. USSHC_00030763
7. USSHC_00024125
8. USSHC_00023885
9. USSHC_00023886
10. USSHC_00025903
11. USSHC_00024310
12. USSHC_00031815
13. USSHC_00025904
14. USSHC_00025914
15. USSHC_00025916
16. USSHC_00032218
17. USSHC_00032219
18. USSHC_00024310
19. USSHC_00024311
20. USSHC_00024313
21. USSHC_00024317
22. USSHC_00022071
23. USSHC_00031810
24. USSHC_00023637
25. USSHC_00023638
26. USSHC_00024317
27. USSHC_00000161
28. USSHC_00000157
29. USSHC_00000169
30. USSHC_00000167
31. USSHC_00031996
32. USSHC_00032223
33. USSHC_00032228
34. USSHC_00032532
35. USSHC_00037785
36. USSHC_00000175
37. USSHC_00024545
38. USSHC_00029300

39. USSHC_00029302
40. USSHC_00031780
41. USSHC_00032194
42. USSHC_00023407
43. USSHC_00023409
44. USSHC_00023411
45. USSHC_00023412
46. USSHC_00031760
47. USSHC_00031762
48. USSHC_00031764
49. USSHC_00032172
50. USSHC_00032526
51. USSHC_00032527
52. USSHC_00059461
53. USSHC_00059462
54. USSHC_00059468
55. USSHC_00023403
56. USSHC_00023406
57. USSHC_00032216
58. USSHC_00032217
59. USSHC_00032197
60. USSHC_00032198
61. USSHC_00031808
62. USSHC_00031818
63. USSHC_00000174
64. USSHC_00032225
65. USSHC_00032227