| | |
|---|---|
| Alan L. Sullivan (3152) | Steven M. Gombos (*pro hac vice*) |
| Paul W. Shakespear (14113) | Gerald M. Ritzert (*pro hac vice*) |
| SNELL & WILMER (UT) | GOMBOS LEYTON, P.C. |
| 15 W. South Temple, Ste. 1200 | 11350 Random Hills Road |
| Gateway Tower West | Suite 400 |
| Salt Lake City, Utah 84101 | Fairfax, VA 22030 |
| Telephone: (801) 257-1900 | Telephone: (703) 934-2660 |
| Email: asullivan@swlaw.com | Email: sgombos@glpclaw.com |
|       pshakespear@swlaw.com |       gritzert@glpclaw.com |

Attorneys for Defendants Stevens-Henager College, Inc., and Center for Excellence in Higher Education, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. KATIE BROOKS AND NANNETTE WRIDE,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., A UTAH CORPORATION; AND CENTER FOR EXCELLENCE IN HIGHER EDUCATION<br><br>    DEFENDANTS. | STIPULATED CONSENT ORDER<br><br>CASE NO. 2:15-CV-00119-JNP-EHF<br><br>JUDGE JILL N. PARRISH<br><br>MAGISTRATE JUDGE EVELYN J. FURSE |

### STIPULATED CONSENT ORDER

The parties have conferred about the government documents referenced in Exhibit A, which the United States has produced to counsel for Defendants under the protective order entered in this case. Counsel for the United States has agreed that the specified documents may be used in a separate federal case raising the same underlying legal issues. The parties have further agreed as follows:

1

(1) the government documents referenced in Exhibit A will be produced as confidential under the protective order entered in the other case;

(2) counsel for Defendants will produce the documents to opposing counsel in the other case; and

(3) the documents may be used in depositions of current and former Department of Education employees in the other case.

In addition, the parties have agreed that counsel for Defendants will notify the counsel for the United States which documents will be used during the trial of that other case.

Exhibit A comprises the parties' initial effort to identify documents. The parties will confer in writing about the use of any additional documents identified following the Court's entry of this Order.

| | |
|---|---|
| _____ 1/24/20<br>Jay D. Majors, Trial Attorney<br>John W. Black, Trial Attorney<br>Chris R. Reimer, Trial Attorney<br>U.S. Department of Justice, Civil Division<br>175 N Street NE<br>Washington, DC 20002<br>T: 202.307.0264<br>E: jay.majors@usdoj.gov<br>   john.w.black@usdoj.gov<br>   christopher.r.reimer@usdoj.gov<br><br>Attorneys for the United States of America | _____ 1/24/20<br>Steven M. Gombos<br>Gerald M. Ritzert<br>Gombos Leyton, PC<br>11350 Random Hills Rd., Suite 400<br>Fairfax, VA 22030<br>T: 703.934.2660<br>E: sgombos@glpclaw.com<br>   gritzert@glpclaw.com<br><br>Attorneys for Defendants Stevens-Henager College, Inc., and Center for Excellence in Higher Education |

SO ORDERED.

_____   Date: 1/27/20
Magistrate Judge Evelyn J. Furse