IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVENS-HENAGER COLLEGE, INC., and CENTER FOR EXCELLENCE IN HIGHER EDUCATION<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:15-cv-00119-JNP-DAO<br><br>District Judge Jill N. Parrish |

This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

JUDGMENT IS ENTERED against the United States of America and in favor of the following Defendants:

- Stevens-Henager College, Inc.
- Center for Excellence in Higher Education

Signed May 2, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge