Brandon J. Mark (10439)
Alissa M. Mellem (13299)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email:  bmark@parsonsbehle.com
           amellem@parsonsbehle.com

*Attorneys for Relators*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>    Plaintiffs,<br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; *et al.*,<br><br>    Defendants. | **RELATORS' NOTICE OF APPEAL**<br><br>Case No. 2:15-CV-00119-JNP<br><br>Judge Jill Parrish |

Please take notice that under Federal Rules of Appellate Procedure 3 and 4, Relators Katie Brooks and Nannette Wride hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered in this action on May 2, 2025, together with all interlocutory orders and rulings that produced the Final Judgment, including particularly the interlocutory Order dated January 14, 2019.

DATED this 30th day of May 2025.

/s/ Brandon J. Mark
BRANDON J. MARK
ALISSA M. MELLEM
PARSONS BEHLE & LATIMER
*Attorneys for Relators*

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of May 2025 that a true and correct copy of the foregoing **RELATORS' NOTICE OF APPEAL** was served via the court's CM/ECF electronic filing system to all counsel of record.

/s/ Brandon J. Mark

4923-4063-2647