FELICE JOHN VITI, Acting United States Attorney (7007)
CARRA S. CADMAN, Assistant United States Attorney (16266)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
carra.cadman@usdoj.gov

BRETT A. SHUMATE, Assistant Attorney General
JAMIE ANN YAVELBERG, Director
ALLISON CENDALI, Assistant Director
JAY D. MAJORS, Trial Attorney
JEFFREY A. MCSORLEY, Trial Attorney
PADEN GALLAGHER, Trial Attorney
U.S. Department of Justice, Civil Division
175 N Street NE
Washington, DC 20002
(202) 307-0264
Jay.Majors@usdoj.gov

Attorneys for the United States

IN THE UNTED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVENS-HENAGER COLLEGE, INC., et al., <br><br> Defendants. | **NOTICE OF APPEAL** <br><br> Case No. 2:15-cv-00119-JNP-DAO <br><br> Judge Jill N. Parrish <br> Magistrate Judge Daphne Oberg |

Please take notice that the United States hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's May 2, 2025 Final Judgment, ECF No. 658, the Court's January 14, 2019 Memorandum Decision and Order, ECF No. 468, the Court's April 15,

2025 Memorandum Decision and Order, ECF No. 640, and all prior orders and decisions that merge into those orders and judgment.

Dated: June 27, 2025

BRETT A. SHUMATE
Assistant Attorney General

FELICE JOHN VITI
Acting United States Attorney

By:      /s/ Jay D. Majors
JAMIE ANN YAVELBERG
ALLISON CENDALI
JAY D. MAJORS
JEFFREY A. MCSORLEY
PADEN GALLAGHER
U.S. Department of Justice, Civil Division
175 N Street NE
Washington, DC 20002
Telephone: (202) 307-0264
Jay.Majors@usdoj.gov

CARRA CADMAN
Assistant United States Attorney (#16266)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 325-3371
carra.cadman @usdoj.gov

*Attorneys for the United States of America*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2025, I served the foregoing document via the Court's CM/ECF electronic filing system to all counsel of record.

/s/ Jay D. Majors
Attorney